UNITED STATES of America,
Plaintiff–Appellee,

v.

Muhammed ABDUL, Defendant–
Appellant.

No. 96–3419.

United States Court of Appeals,
Seventh Circuit.

July 10, 1997.

Before LAY,* CUMMINGS, and DIANE
P. WOOD, Circuit Judges.

ORDER

Petition for rehearing granted and our June 10, 1997, opinion and judgment are hereby vacated as improvidently rendered. A new opinion will be substituted for the original opinion in due course without oral argument.